UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GORSOAN LIMITED,

                       Petitioner,

           v.

STUART SUNDLUN, *et al.*,

                       Respondents.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-22-21

18-MC-431 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court of Appeals for the Second Circuit has directed this Court to quash the subpoenas authorized by Judge Sullivan on October 16, 2018 and dismiss the petition to take discovery pursuant to 28 U.S.C. § 1782. Accordingly, it is hereby ORDERED that the petition is DENIED and the subpoenas authorized at docket entry 9 are QUASHED.

      The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    February 22, 2021
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge